UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia , <br><br>           Plaintiff(s) <br><br> v. <br><br> NNY, LLC, a California Limited Lia[+] , <br><br>           Defendant(s) | Case No. C 3:21-cv-09811-SI <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __60__ days.

Date:  03/28/2022

Signed: _____/s/Amanda Seabock_____
                          Attorney for Plaintiff(s)

Signed: _____/s/Richard Morin_____
                          Attorney for Defendant(s)

Signed: _____
                          Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*