CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Attorney for Defendants NNY, LLC
and SAMDEV Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>NNY, LLC, a California Limited Liability Company; SAMDEV Inc, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:21-cv-09811-SI<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 27, 2022          CENTER FOR DISABILITY ACCESS

                                          By:   /s/Amanda Seabock
                                                    Amanda Seabock
                                                    Attorneys for Plaintiff

Dated: April 27, 2022          LAW OFFICE OF RICK MORIN, PC

                                          By:   /s/Richard Morin
                                                  Richard Morin
                                                  Attorney for Defendants
                                                  NNY, LLC and SAMDEV Inc

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for NNY, LLC and SAMDEV Inc, and that I have obtained Richard Morin authorization to affix his electronic signature to this document.

Dated: April 27, 2022               CENTER FOR DISABILITY ACCESS

                                    By:   /s/Amanda Seabock
                                          Amanda Seabock
                                          Attorneys for Plaintiff